UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

PRO BONO FUND VOUCHER
AND REQUEST FOR REIMBURSEMENT

I, _Alexandra L. Scoville_ , duly appointed as counsel pro bono to

represent _K'var Tillman_ in the matter of

_Tillman_ v. _Phillips , et al._

Civil Action No. 9:19 -CV- 01597, hereby request reimbursement pursuant to Local Rule 83.3

for expenses incurred in the representation of my pro bono client in the amount of $ 207.12 .

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable

and necessary. I further understand that absent prior approval of the court, cumulative expenses

in this matter will not exceed $2,000.00.

Dated: 8·22·2022 .

Counsel Pro Bono (Signature): _Alexandra Scoville_

The above application of counsel pro bono is fair and reasonable and payment is
requested from the Northern District of New York's Pro Bono Fund.

Dated: 8/25/2022 .

Presiding Judge (Signature): _Christian F. Hummel_

IT IS SO ORDERED.

Dated: _August 26, 2022_

_[signature]_

Chief U.S. District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Expense Voucher

Attorney(s) Name: _Alexandra L. Scoville_

Law Firm Name: _Epstein Drangel LLP_

Mailing Address of Law Firm: _60 E 42nd St, Ste. 1250_

City/State/Zip: _New York, New York 10165_

I hereby request payment be made for Pro Bono services performed in:

Case Number: _9:19-cv-01597_

Party Represented: _K'vor Tillman, Plaintiff_

Dates of Service: From: _2/9/22_  To: _8/19/22_

**Rates Effective October 2021 through September 2022**
See mileage rates for Northern District of New York

| GSA PER DIEM RATES: (Recommended) | Lodging | Meals |
|---|---|---|
| Syracuse | $101 | $64 |
| Albany | $114 | $69 |
| Utica | $96 | $59 |
| Binghamton | $101 | $64 |
| Plattsburgh | $96 | $59 |

*Only actual expenses may be claimed

**GRAND TOTAL VOUCHER AMOUNT**

$ 207.12

Finance Audit _MC_     Date: _8/24/2022_

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

Attorney Signature: _Alexandra Scoville_     Date: _8-22-2022_

* Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.
* Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.
* If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

K'VAR TILLMAN

        *Plaintiff,*

   v.

TREVOR PHILLIPS, et al.

        *Defendants.*

Case No. 19-cv-1597 (LEK/CFH)


**PRO BONO FUND VOUCHER AND**
**REQUEST FOR REIMBURSEMENT**

---

    I, the undersigned attorney, as Plaintiff's appointed pro bono counsel, hereby submit the attached Request for Reimbursement for expenses incurred in my representation of Plaintiff in connection with Plaintiff's Exhaustion Hearing.

    I have enclosed two Exhibits of listed expenses with supporting receipts. Exhibit A corresponds to expenses for which I used personal funds. Exhibit B corresponds to expenses for which my Firm's funds were used. If possible, if the reimbursements are approved, I would like to request two separate reimbursements: one for the expenses covered personally, and one for the expenses covered by my firm.

    I can provide any additional information needed.

Very Truly Yours,

Dated: Albany, New York
      August 22, 2022

                        By: /Alexandra L. Scoville/

                        Alexandra L. Scoville
                        Epstein Drangel, LLP
                        60 E 42nd Street
                        Suite 1250
                        New York, New York 10165
                        (T) 212.292.5390
                        ascoville@ipcounselors.com

                        *Attorney for Plaintiff*

EXHIBIT A

## Pro Bono Other Expenses

*Any expenses in excess of $500.00 should receive the Court's prior approval. Please see guidelines for further details.

Attorney(s): ___Alexandra L. Scoville___ (Personal funds used)

| DATE | EXPENSE TYPE | NOTES/PURPOSE | TOTAL EXPENSE AMOUNT |
|------|-------------|---------------|---------------------|
| 3-4-22 | Exhaustion Hearing exhibit Binders+labels, trial box +tronspr | | $75.72 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $75.72 | | $75.72 |

4

EXHIBIT A

```
            Staples
          Connect
            241 Route 9W
          Glenmont, NY 12077
            518-426-0044
Sale

Store: 1705          Register: 1
Date: 8/4/22         Time: 12:41 PN
Transaction: 20738   Cashier: 1594484


Qty  Item           Price      Amount
     STPLS STAN VIEW BN
1    718103325387     3.99        3.99
     STPLS STAN VIEW BN
1    718103325387     3.99        3.99
     STPLS STAN VIEW BN
1    718103325387     3.99        3.99
     STPLS STAN VIEW BN
1    718103325387     3.99        3.99
     LEGAL INDEX 1-25 W
1    718103125000     7.79        7.79
     LEGAL INDEX 1-25 W
1    718103125000     7.79        7.79
     LEGAL INDEX 1-25 W
1    718103125000     7.79        7.79
     LEGAL INDEX 1-25 W
1    718103125000     7.79        7.79
     REALLY USEFUL 19L
1    5060024802184   22.99       22.99

                 Subtotal        70.11
                 NEW YORK 8%      5.61

                 Total           75.72
US DEBIT                      USD$75.72
Card No. : XXXXXXXXXXXX    [C]
Chip Read
Auth No. : 143685
AID.: A0000000980840


          Staples Connect,
  the working and learning store.
  Discover every tool to take on tomorrow
      including products, services
```

EXHIBIT A

and inspiration that help you
unlock what is possible.

Shop Smarter. Get Rewarded.
Staples Rewards members get up to
5% back in Rewards.
Exclusions Apply. See an associate for
full program details or to enroll.

THANK YOU FOR SHOPPING AT
STAPLES CONNECT!



₀T11341K113137ML4AWQ7X

Customer Copy
- - - - - - CUT HERE - - - - - -

## YOUR OPINION COUNTS
## AND WILL BE REVIEWED

## BY THIS STORE'S MANAGER!

Please take a short survey
and be entered into a
monthly drawing to win one of four
$500 Staples gift cards.
No purchase necessary.
Scan the QR code below



or log on to
https://survey3.medallia.com/?Staples
Your survey code:
5110 2302 2718 0008 470
Survey Code expires:
08/11/2022

POR FAVOR TOME NUESTRA ENCUESTA EN ESPAÑOL,
en el sitio web de arriba. Su opinion es
muy importante para nosotros. Consulte los
detalles en nuestra tienda.

EXHIBIT B

| JS | **Jacqueline St...** | **- $131.40** |
|----|----------------------|---------------|
|    | August 22, 2022 . Money Sent | |

## Paid with

Additional Business Platinum Card                                      $131.40
(AMEX Credit Card x-▉▉▉▉)
You'll see "PAYPAL
*jackiestroffolino" on your card
statement.

## Ship to

Alexandra Scoville
60 E 42nd St
1250
New York, NY 10165
United States

## Transaction ID

6AP12232565653259

## Contact info

Message Jacqueline Stroffolino
jackiestroffolino@hotmail.com

## Note

9:19-cv-01597 Exhaustion Hearing Transcript

## Details

Sent to Jacqueline Stroffolino                                          $131.40

Total                                                                   $131.40

## Need help?

If there's a problem, make sure to contact the seller through PayPal by February 18, 2023.
You may be eligible for purchase protection

EXHIBIT B

## Pro Bono Other Expenses

*Any expenses in excess of $500.00 should receive the Court's prior approval. Please see guidelines for further details.

Attorney(s): ___Alexandra L. Scoville (Firm Funds used)___

| DATE | EXPENSE TYPE | NOTES/PURPOSE | TOTAL EXPENSE AMOUNT |
|------|-------------|---------------|---------------------|
| 8.22.22 | Transcript | Exhaustion Hearing 8.5.22 | $131.40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL: $131.40 ~~$400~~

| 02/02/2022 | 🔵 37 | ORDER Appointing Pro Bono Counsel: Attorney Alexandra L. Scoville for K'var Tillman appointed as COUNSEL for the Sole Purpose the Exhaustion Hearing. At the conclusion of Pro Bono representation, counsel may access the fillable Pro Bono Fund Voucher Request for Reimbursement Form using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/forms/ProBonoVoucherForm_mtdFILLABLE.pdf . Signed by Magistrate Judge Christian F. Hummel on 2/2/2022. (Copy served via regular mail on 2/22/2022 to Plaintiff)(tab) (Entered: 02/02/2022) |